1   **DOLL AMIR & ELEY LLP**
    HUNTER R. ELEY (SBN 224321)
2   heley@dollamir.com
    CHELSEA L. HAMILL (SBN 271859)
3   chamill@dollamir.com
    1888 Century Park East, Suite 1850
4   Los Angeles, California 90067
    Tel:  310.557.9100
5   Fax: 310.557.9101

6   Attorneys for Defendant
    CAPITAL ONE BANK (USA), N.A.
7   erroneously sued as CAPITAL ONE

8

9                   **UNITED STATES DISTRICT COURT**

10              **EASTERN DISTRICT OF CALIFORNIA - FRESNO**

11

12                                              Case No. 1:11-CV-02115-SKO
                                                *Assigned to Judge Sheila K. Oberto*
13   KARIMA ALI,
                                                **ORDER GRANTING DEFENDANT**
14              Plaintiff,                      **CAPITAL ONE BANK (USA), N.A.'S**
                                                **MOTION FOR LEAVE TO ALLOW**
15        v.                                    **PARTY REPRESENTATIVE TO**
                                                **APPEAR TELEPHONICALLY AT**
16   CAPITAL ONE,                               **THE SETTLEMENT CONFERENCE**

17              Defendant.

18                                              Date:          October 18, 2012
                                                Time:          10:00 a.m.
19                                              Location:      Courtroom 9
                                                Magistrate Judge:   Dennis L. Beck
20

21

22

23

24

25

26

27

28

*Error! Main Document Only.* DOLL AMIR & ELEY LLP

[PROPOSED] ORDER GRANTING DEFENDANT CAPITAL ONE BANK (USA), N.A.'S MOTION FOR
LEAVE TO ALLOW PARTY REPRESENTATIVE TO APPEAR TELEPHONICALLY AT THE
SETTLEMENT CONFERENCE

1

## <u>ORDER</u>

2       For good cause appearing, the Court GRANTS Defendant Capital One Bank

3   (USA), N.A.'s Motion For Leave To Allow Its Party Representative To Appear

4   Telephonically At The Settlement Conference scheduled for October 18, 2012 at

5   10:00 a.m. in Courtroom 9 of the above-captioned Court.

6

7

8   IT IS SO ORDERED.

9      Dated:   **October 15, 2012**          /s/ *Dennis L. Beck*

10                                  UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Error! Main Document Only. DOLL AMIR & ELEY LLP

[PROPOSED] ORDER GRANTING DEFENDANT CAPITAL ONE BANK (USA), N.A.'S MOTION FOR LEAVE TO ALLOW PARTY REPRESENTATIVE TO APPEAR TELEPHONICALLY AT THE SETTLEMENT CONFERENCE