**DOLL AMIR & ELEY LLP**
HUNTER R. ELEY (SBN 224321)
heley@dollamir.com
CHELSEA L. HAMILL (SBN 271859)
chamill@dollamir.com
1888 Century Park East, Suite 1850
Los Angeles, California 90067
Tel:  310.557.9100
Fax: 310.557.9101

Attorneys for Defendant
CAPITAL ONE BANK (USA), N.A.
erroneously sued as CAPITAL ONE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO

|  |  |
|---|---|
| KARIMA ALI, | Case No. 1:11-CV-02115-SKO<br>*Assigned to Judge Sheila K. Oberto* |
|           Plaintiff, | **ORDER GRANTING DEFENDANT CAPITAL ONE BANK (USA), N.A.'S MOTION FOR LEAVE TO ALLOW PARTY REPRESENTATIVE TO APPEAR TELEPHONICALLY AT THE SETTLEMENT CONFERENCE** |
|     v. | |
| CAPITAL ONE, | |
|           Defendant. | Date:          October 18, 2012<br>Time:         10:00 a.m.<br>Location:    Courtroom 9<br>Magistrate Judge:  Dennis L. Beck |

Error! Main Document Only. DOLL AMIR & ELEY LLP

[PROPOSED] ORDER GRANTING DEFENDANT CAPITAL ONE BANK (USA), N.A.'S MOTION FOR LEAVE TO ALLOW PARTY REPRESENTATIVE TO APPEAR TELEPHONICALLY AT THE SETTLEMENT CONFERENCE

1

## ORDER

2        For good cause appearing, the Court GRANTS Defendant Capital One Bank

3   (USA), N.A.'s Motion For Leave To Allow Its Party Representative To Appear

4   Telephonically At The Settlement Conference scheduled for October 18, 2012 at

5   10:00 a.m. in Courtroom 9 of the above-captioned Court.

6

7

8   IT IS SO ORDERED.

9   Dated:   **October 15, 2012**          /s/ *Dennis L. Beck*

10                                UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Error! Main Document Only. DOLL AMIR
& ELEY LLP