# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARIMA ALI, | CASE NO. 1:11-cv-02115-SKO |
| Plaintiff, | **ORDER DISMISSING COMPLAINT WITH PREJUDICE** |
| v. | |
| CAPITAL ONE, | (Docs. No. 28, 32) |
| Defendant. | |

On October 23, 2012, the parties filed a stipulation for dismissal of this action with prejudice. (Doc. 32.) Defendant's motion to compel is, therefore, DENIED as MOOT.

Accordingly, IT IS HEREBY ORDERED that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff's complaint is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

**Dated:   October 25, 2012**            /s/ Sheila K. Oberto
                                         UNITED STATES MAGISTRATE JUDGE